IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION- BLOOM
CASE NO. 1:25-CV-24739-BB

NAYRIE SMITH,

        **Plaintiff,**

     **v.**

LVNV FUNDING, LLC, NATIONAL
CREDIT SYSTEMS, INC.,
PROCOLLECT, INC., EQUIFAX
INFORMATION SOLUTIONS, INC., and
EXPERIAN DATA CORP., d/b/a
EXPERIAN RENTBUREAU,

        **Defendants.**

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Kylie M. Prieto of Messer Strickler Burnette, Ltd. enters her appearance as counsel for Defendant LVNV FUNDING, LLC in this matter and requests service of all notices, pleadings, and other papers filed and/or served in this case.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ Kylie M. Prieto*
      LAUREN M. BURNETTE, ESQUIRE
      FL Bar No. 0120079
      JOHN M. MAREES II, ESQUIRE
      FL Bar No. 069879
      KYLIE M. PRIETO, ESQUIRE
      FL Bar No. 1069651
      ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
      FL Bar No. 1069299
      1400 Marsh Landing Parkway, Suite 109
      Jacksonville, FL 32250
      ☎ (904) 373-0670
      🖷 (904) 298-8350 (fax)

1

⚔ lburnette@messerstrickler.com
⚔ jmarees@messerstrickler.com
⚔ rruiz@messerstrickler.com
⚔ kprieto@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: May 5, 2026

## CERTIFICATE OF SERVICE

I certify that on May 5, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:  */s/ Kylie M. Prieto*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0670
🖷 (904) 298-8350 (fax)
⚔ lburnette@messerstrickler.com
⚔ jmarees@messerstrickler.com
⚔ rruiz@messerstrickler.com
⚔ kprieto@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: May 5, 2026

2