**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-cv-24739**

NAYRIE SMITH,

Plaintiff,

v.

LVNV FUNDING, LLC, et. al.

Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

Please take notice that Morgan Weinstein, Esq. (morgan@twiglaw.com) of the law firm Twig, Trade, & Tribunal, PLLC files this Notice of Appearance as co-counsel on behalf of the Plaintiff listed below:

- NAYRIE SMITH.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 5th day of May 2026.

**Twig, Trade, & Tribunal, PLLC**
1512 E Broward Blvd, Ste 204A
Fort Lauderdale, FL 33301
(954) 540-2755

/s/ Morgan Weinstein
Morgan L. Weinstein, Esq.
Florida Bar No. 87796
morgan@twiglaw.com
*Co-Counsel for Plaintiff*