**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**NAYRIE SMITH,**                                                **CASE NO.: 1:25-cv-24739-BB**

     *Plaintiff,*

**v.**

**LVNV FUNDING LLC, NATIONAL CREDIT**
**SYSTEMS, INC., PROCOLLECT, INC.,**
**EQUIFAX INFORMATION SERVICES LLC,**
**EXPERIAN INFORMATION SOLUTIONS,**
**INC., AND EXPERIAN DATA CORP. D/B/A**
**EXPERIAN RENTBUREAU, et al.,**

     *Defendants.*

_____/

### <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u><br><u>AS TO DEFENDANT NATIONAL CREDIT SYSTEMS, INC.</u>

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Nayrie Smith and Defendant, National Credit Systems, Inc. have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and National Credit Systems, Inc. shall each bear their own attorneys' fees and costs.

Dated: May 14, 2026

     *Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiff*

**MESSER STRICKLER BURNETTE**
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
Telephone: (904) 373-0646

*/s/ John M. Marees II*
John M. Marees II, Esq.
FBN: 069879
Email: jmarees@messerstrickler.com
*Counsel for Defendant*
*LVNV Funding LLC*

**GILES & HARPER, LLC**
7247 Beechmont Ave.
Cincinnati, Ohio 45230
513-379-2715

*/s/ Brian T. Giles*
Brian T. Giles
FBN: 0929751
Email: bgiles@gilesharper.com

*Counsel for Defendant National Credit*
*Systems Inc.*

**JONES DAY**
600 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9636

*/s/ Gabriella Pinzon*
Gabriella Pinzon, Esq.
FBN: 1059837
Email: gpinzon@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc. and*
*Experian Date Corp., d/b/a Experian*
*RentBureau*

**SEYFARTH SHAW LLP**
233 South Wacker Drive Suite 8000 Chicago,
Illinois  60606-6448 Telephone:  (312) 460-
5413 Facsimile:  (312) 460-7000

*Sylas A.Kern*
Sylas A. Kern, Esq.
FBN: 1045399
Email: skern@seyfarth.com

*Counsel for Defendant Equifax Information*
*Services LLC*