UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-24739-BLOOM/Elfenbein

NAYRIE SMITH,

     Plaintiff,

v.

LVNV FUNDING LLC, *et al.*,

     Defendants.

_____/

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANT WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal with Prejudice as to Defendant National Credit Systems, Inc., ECF No. [58] ("Stipulation"), filed on May 14, 2026. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [58]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to Defendant National Credit Systems, Inc., only; and

3. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 14, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record