**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**NAYRIE SMITH,**                                    **CASE NO.: 1:25-cv-24739-BB**

      *Plaintiff,*

**v.**

**LVNV FUNDING LLC, NATIONAL CREDIT**
**SYSTEMS, INC., PROCOLLECT, INC.,**
**EQUIFAX INFORMATION SERVICES LLC,**
**EXPERIAN INFORMATION SOLUTIONS,**
**INC., AND EXPERIAN DATA CORP. D/B/A**
**EXPERIAN RENTBUREAU, et al.,**

      *Defendants.*

_____/

## JOINT DISCOVERY STATUS REPORT

Plaintiff Nayrie Smith and Defendants LVNV Funding LLC, Equifax Information
Services LLC, Experian Information Solutions, Inc. and Experian Data Corp. d/b/a Experian
RentBureau ("the Parties") by and through the undersigned counsel and pursuant to the Order
Setting Discovery Status Conference (Doc) 29 and state as follows:

1.  Equifax Information Services LLC propounded Requests for Production of
    Documents, Requests for Admission, and Interrogatories to Plaintiff on March 2,
    2026.

2.  Plaintiff propounded Requests for Production of Documents to counsel for LVNV
    Funding LLC, Equifax Information Services LLC, Experian Information Solutions,
    Inc. and Experian Data Corp. d/b/a Experian RentBureau via email on March 10,
    2026.

3. Plaintiff responded to Equifax Information Services LLC Requests for Production of Documents, Requests for Admission, and Interrogatories on April 16, 2026.

4. Experian Information Solutions, Inc. and Experian Data Corp. d/b/a Experian RentBureau responded to the Plaintiff's Requests for Production on April 20, 2026.

5. Equifax Information Services LLC responded to the Plaintiff's Requests for Production on April 23, 2026.

6. LVNV Funding LLC has partially responded to Plaintiff's Requests for Production of Documents and anticipates providing the confidential documents related to the Plaintiff's Requests for Production shortly.

7. Plaintiff took the deposition of Experian Data Corp. d/b/a RentBureau's Corporate Representative on May 13, 2026.

8. Plaintiff has scheduled a deposition with Equifax Information Services Corporate Representative for May 28, 2026.

9. Plaintiff is working to schedule the deposition with LVNV Funding's Corporate Representative, but LVNV has yet to provide their confidential documents in response to the Plaintiff's Requests for Production of Documents. Plaintiff has entered into a confidentiality agreement with the parties and anticipates LVNV Funding's confidential document production and deposition dates shortly.

10. The Parties intend to disclose experts and exchange summaries and reports if required by the courts deadline of June 9, 2026.

11. The parties would appreciate the status conference set for May 26, 2026, however settlement discussions are ongoing. If a resolution is reached the court will be notified promptly.

12. The parties certify that all discovery will be completed by the court's deadline of July 7, 2026.

Date: May 19, 2026

*Respectfully Submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiff*

**MESSER STRICKLER BURNETTE, LTD**
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
Telephone: (904) 373-0646

*/s/ John M. Marees II*
John M. Marees II, Esq.
FBN: 069879
Email: jmarees@messerstrickler.com
*Counsel for Defendant LVNV Funding LLC*

**SEYFARTH SHAW LLP**
233 South Wacker Drive Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5413

*/s/ Sylas A. Kern*
Sylas A. Kern, Esq.
FBN: 1045399
Email: skern@seyfarth.com
*Counsel for Defendant Equifax Information Services LLC*

**JONES DAY**
600 Brickell Ave, Suite 3300
Miami, Florida 33131
Telephone: (305) 714-9636

*/s/ Gabriella Pinzon*
Gabriella Pinzon, Esq.
FBN: 1059837
Email: gpinzon@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc. and Experian Data Corp. d/b/a Experian RentBureau*