**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION- BLOOM**
**CASE NO. 1:25-CV-24739-BB**

**NAYRIE SMITH,**

   **Plaintiff,**

  v.

**LVNV FUNDING, LLC, NATIONAL
CREDIT SYSTEMS, INC.,
PROCOLLECT, INC., EQUIFAX
INFORMATION SOLUTIONS, INC.,
EXPERIAN INFORMATION
SOLUTIONS and EXPERIAN DATA
CORP., d/b/a EXPERIAN
RENTBUREAU et al.,**

   **Defendants.**

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT LVNV FUNDING, LLC**

  Defendant LVNV FUNDING, LLC, by and through its undersigned counsel, submits this Notice of Settlement and states that Plaintiff and Defendant have reached a settlement all claims and causes of action between them and are presently drafting, finalizing, and executing formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

       Respectfully submitted,

       **MESSER STRICKLER BURNETTE, LTD.**

    By: */s/ John M. Marees II*
      LAUREN M. BURNETTE, ESQUIRE
      FL Bar No. 0120079
      JOHN M. MAREES II, ESQUIRE
      FL Bar No. 069879
      KYLIE M. PRIETO, ESQUIRE

FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎  (904) 373-0646
🖷  (904) 298-8350 (fax)
✉  lburnette@messerstrickler.com
✉  jmarees@messerstrickler.com
✉  rruiz@messerstrickler.com
✉  kprieto@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: May 27, 2026

## CERTIFICATE OF SERVICE

I certify that on May 27, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎  (904) 373-0646
🖷  (904) 298-8350 (fax)
✉  lburnette@messerstrickler.com
✉  jmarees@messerstrickler.com
✉  rruiz@messerstrickler.com
✉  kprieto@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: May 27, 2026

3