**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**NAYRIE SMITH,**                                                         **CASE NO.: 1:25-cv-24739-BB**

     *Plaintiff,*

**v.**

**LVNV FUNDING LLC, NATIONAL CREDIT**
**SYSTEMS, INC., PROCOLLECT, INC.,**
**EQUIFAX INFORMATION SERVICES LLC,**
**EXPERIAN INFORMATION SOLUTIONS,**
**INC., AND EXPERIAN DATA CORP. D/B/A**
**EXPERIAN RENTBUREAU, et al.,**

     *Defendants.*

_____/

**JOINT NOTICE OF SETTLEMENT**
**AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff, NAYRIE SMITH, and Defendant, EQUIFAX INFORMATION SERVICES, LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: May 28, 2026

     *Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*

**SEYFARTH SHAW LLP**
233 South Wacker Drive Suite 8000
 Chicago, Illinois  60606-6448
Telephone:  (312) 460-5413
Facsimile:  (312) 460-7000

*/s/ Sylas A. Kern*
Sylas A. Kern,
FBN: 1045399
Email:  skern@seyfarth.com

*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2026, the foregoing was electronically filed with

the Clerk of Court using CM/ECF along with having served all counsel of record via transmission

of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*

2