**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-24739-BLOOM/Elfenbein**

NAYRIE SMITH,

     Plaintiff,

v.

LVNV FUNDING LLC, *et al.*,

     Defendants.

_____/

## <u>ORDER ON NOTICE OF SETTLEMENT</u>

**THIS CAUSE** is before the Court upon the Notice of Settlement as to Defendant Equifax Information Services, LLC ("Notice"), ECF No. [64], indicating that Plaintiff and Defendant Equifax Information Services, LLC ("Settling Defendant") have reached a settlement of the claims in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff shall file a Stipulation of Dismissal, dismissing the Settling Defendant from the case on or before **June 29, 2026.**

2. All pending deadlines shall remain in place as to the non-Settling Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 29, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record