**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

NAYRIE SMITH,

     Plaintiff,                              Case No.: 8:25-cv-03409-WFJ

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., and EXPERIAN
DATA CORP. d/b/a EXPERIAN
RENTBUREAU,

     Defendants,

_____/

**<u>MEDIATION REPORT</u>**

In accordance with the Notice of Mediation filed by the parties, a Zoom mediation was conducted with the parties and counsel on Thursday, June 4, 2026, beginning at 9:30 a.m. The Plaintiff appeared with lead trial counsel, The Defendants appeared with the corporate representative and lead trial counsel.

The parties reached a FULL SETTLEMENT of this matter.

Done June 6, 2026, in Tampa, Florida.

                                   Respectfully submitted,

                                   */s/ Gregory P. Holder*_____
                                   Gregory P. Holder, Esq., Mediator
                                   Florida Bar No. 339326
                                   Miles Mediation & Arbitration
                                   5401 W. Kennedy Blvd., Suite 170
                                   Tampa, Florida 33609
                                   Telephone: (813) 820-1114
                                   Email: gholder@milesadr.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that June 6, 2026, I caused the foregoing document to be filed with the CM/ECF system which electronically provides a copy to the plaintiff and defense counsel.

/s/ *Gregory P. Holder*
Gregory P. Holder, Esq., Mediator