**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**NAYRIE SMITH,**                                                    **CASE NO.: 1:25-cv-24739-BB**

     *Plaintiff,*

**v.**

**LVNV FUNDING LLC, NATIONAL CREDIT**
**SYSTEMS, INC., PROCOLLECT, INC.,**
**EQUIFAX INFORMATION SERVICES LLC,**
**EXPERIAN INFORMATION SOLUTIONS,**
**INC., AND EXPERIAN DATA CORP. D/B/A**
**EXPERIAN RENTBUREAU, et al.,**

     *Defendants.*

_____/

**JOINT STIPULATION OF DISMISSAL WITH**
**PREJUDICE AS TO DEFENDANT LVNV FUNDING, LLC**

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Nayrie Smith and Defendant, LVNV Funding, LLC. have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and LVNV Funding, LLC shall each bear their own attorneys' fees and costs.

Dated: June 29, 2026

     *Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

/s/ Eiman Sharmin_____
Eiman Sharmin, Esq.
FBN: 716391
Email:eiman@sharminlaw.com
*Counsel for Plaintiff*

**SEYFARTH SHAW LLP**
233 South Wacker Drive Suite 8000
 Chicago, Illinois  60606-6448
Telephone:  (312) 460-5413
Facsimile:  (312) 460-7000

/s/ Sylas A. Kern_____
Sylas A. Kern,
FBN: 1045399
Email:  skern@seyfarth.com

*Counsel for Defendant Equifax Information Services LLC*

**JONES DAY**
Brickell World Plaza
600 Brickell Ave,. Ste 3300
Miami, FL 33131
Phone: (305) 714-9700

/s/ Gabriella Pinzon_____
Gabriella Pinzon, Esq.
Florida Bar No. 1059837
Phone: (305) 714-9700
Email: gpinzon@jonesday.com

*Counsel for Defendants Experian Information Solutions, Inc. and Experian Data Corp. d/b/a Experian Rentbureau*

**MESSER STRICKLER BURNETTE**
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
Telephone: (904) 373-0646

/s/ John M. Marees II_____
John M. Marees II, Esq.
FBN: 069879
Email: jmarees@messerstrickler.com
*Counsel for Defendant*
*LVNV Funding LLC*

**GILES & HARPER, LLC**
7247 Beechmont Ave.
Cincinnati, Ohio 45230
513-379-2715;

/s/ Brian T. Giles____
Brian T. Giles
FBN: 0929751
Email: bgiles@gilesharper.com

*Counsel for Defendant National Credit Systems Inc*