**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-24739-BLOOM/Elfenbein**

NAYRIE SMITH,

      Plaintiff,

v.

LVNV FUNDING LLC, *et al.*,

      Defendants.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Stipulations of Dismissal with Prejudice as to Defendants Equifax Information Services, LLC; Experian Information Solutions, Inc.; Experian Data Corp., d/b/a Experian RentBureau; and LVNV Funding, LLC, ECF Nos. [68], [69], [70] ("Stipulations"), filed on June 29, 2026. The Court has carefully reviewed the Stipulations, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulations, **ECF Nos. [68], [69], [70]**, are **APPROVED** and **ADOPTED**.

2. The above-styled case is **DISMISSED WITH PREJUDICE**.

3. Each party shall bear its own attorneys' fees and costs.

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-24739-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 29, 2026.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record

2